```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
KIRKPATRICK DUNBAR,                                            :
                                                               :
                              Plaintiff,                       :
              -against-                                        :
                                                               :      23-CV-9976 (VEC)
                                                               :
KORRES HOUSE LLC d/b/a THE NAXOS                               :         ORDER
APOTHECARY AND WING YUEN REALTY,                               :
INC.,                                                          :
                                                               :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 7, 2023, Defendant Wing Yuen Realty, Inc. ("Wing Yuen") appeared through counsel Kevin Scott Johnson, Dkt. 10;

WHEREAS Wing Yuen failed to appear for an Initial Pretrial Conference scheduled on Friday, March 15, 2024, at 10:00 A.M. (the "Conference"), Order, Dkt. 5;

WHEREAS on March 18, 2024, the Court ordered Wing Yuen and its counsel to show cause why they should not be sanctioned for failure to appear at the Conference by Friday, March 22, 2024, Order, Dkt. 18; and

WHEREAS Wing Yuen and its counsel failed to respond to the Court's March 18 Order;

IT IS HEREBY ORDERED that Wing Yuen's counsel Kevin Scott Johnson is sanctioned $500 for his failure to appear at the Conference. Mr. Johnson must pay $500 to the Court and file proof of payment on the docket by not later than **Friday, June 21, 2024**.

**SO ORDERED.**

**Date:  May 16, 2024**                                   _____
**New York, New York**                                    **VALERIE CAPRONI**
                                                          **United States District Judge**